UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD CENTENO,<br><br>        Plaintiff<br><br>    v.<br><br>STEVEN GRIERSON, et al.,<br><br>        Defendants | Case No.  2:23-cv-02131-JAD-DJA<br><br>**ORDER** |

**I.    DISCUSSION**

On January 11, 2024, the Court ordered Plaintiff to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by March 15, 2024. (ECF No. 5). Plaintiff subsequently filed three motions for an extension of time, indicating that the NDOC had not yet provided him a financial certificate or a six-month account statement, even though he had actually attached those documents to his first amended complaint. (ECF Nos. 9, 10, 11, 8 at 17-24). The Court granted Plaintiff's motion and gave him until April 15, 2024, to file a complete application to proceed *in forma pauperis*. (ECF No. 12).

Plaintiff has filed two financial certificates and two six-month account statements, but he has not filed an application to proceed *in forma pauperis*. (ECF Nos. 13, 14). In light of Plaintiff's filings, the Court will grant Plaintiff one final opportunity to file a complete application to proceed *in forma pauperis*, or, in the alternative, pay the $405 filing fee on or before **June 7, 2024**.

**II.    CONCLUSION**

It is therefore ordered the Court grants Plaintiff **until June 7, 2024**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED THIS 8th day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE