UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD CENTENO,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>STEVEN GRIERSON, et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-02131-JAD-DJA<br><br>**ORDER** |

**I.    DISCUSSION**

On January 11, 2024, the Court ordered Plaintiff to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by March 15, 2024.  The Court granted an extension, and Plaintiff eventually filed a financial certificate and a trust fund account statement for the past six months.  (ECF No. 14). But Plaintiff has not filed an actual application to proceed *in forma pauperis*.  On May 8, 2024, the Court gave Plaintiff another extension to file a complete application to proceed *in forma pauperis*.  (ECF No. 15).  Plaintiff has instead filed a motion for clarification.  (ECF No. 16).

In his motion for clarification, Plaintiff states that he has filed a financial certificate and a trust fund account statement for the past six months, and he is not sure what else he needs to file.  (*Id.*).  As the Court has previously explained, a fully complete application to proceed *in forma pauperis* requires three separate documents: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Plaintiff has filed a financial certificate and a copy of his trust fund account statement for the previous six-month period.  But Plaintiff has not yet filed an **Application**

**to Proceed** *in Forma Pauperis* **for Inmate**, which is pages 1–3 of the Court's approved form. In light of Plaintiff's *pro se* status, the Court will grant him one final opportunity to file a fully complete application to proceed *in forma pauperis* by July 5, 2024. Absent unusual circumstances, the Court does not anticipate granting any further extension.

## II.   CONCLUSION

It is therefore ordered that Plaintiff's motion for clarification (ECF No. 16) is **DENIED** in light of this order.

It is further ordered that the Court grants Plaintiff **until July 5, 2024**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Gerold Centeno the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 4th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE