UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD CENTENO,<br><br>                            Plaintiff,<br>    v.<br>STEVEN GRIERSON, et al.,<br><br>                           Defendants. | Case No. 2:23-cv-02131-JAD-DJA<br><br>ORDER |

## I. DISCUSSION

On June 28, 2024, the Court issued an order screening Plaintiff's first amended complaint under 28 U.S.C. § 1915A. (ECF No. 20). The Court dismissed the complaint in its entirety and gave Plaintiff until September 27, 2024, to file a second amended complaint. (*Id.* at 8). Plaintiff appealed the screening order, and, on October 23, 2024, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal. (ECF Nos. 21, 24). The Court extends the deadline for Plaintiff to file a second amended complaint until December 16, 2024.

The Order dismissing Plaintiff's appeal has been returned as undeliverable to the last address that Plaintiff provided. (ECF No. 25). Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until December 16, 2024, to file his current address with the court.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will file any second amended complaint on or before December 16, 2024.

It is further ordered that Plaintiff will file his updated address with the Court on or before December 16, 2024.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal.

DATED THIS 14th day of November 2024.

UNITED STATES MAGISTRATE JUDGE